```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12446
    GIOVANNI CANALE
    LORETTA CANALE                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-6533    SSN XXX-XX-1289
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/30/06 and confirmed on 01/05/07.

   2. The case was dismissed after confirmation, 10/17/2008.

   3. The Debtor paid a total of $   5430.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| WACHOVIA MORTGAGE CORP | MORTGAGE ARRE | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 5545.20 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | 4532.00 | .00 | 4480.44 |
| ACUITY MUTUAL INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED WASTE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY CHECK SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| WEST SUBURBAN BANK | UNSECURED | 619.92 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1112.54 | .00 | .00 |
| COOK COUNTY CIRCUIT | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 563.39 | .00 | .00 |
| CLERK OF 18TH JUDICIAL C | UNSECURED | NOT FILED | .00 | .00 |
| CLERK OF 18TH JUDICIAL C | UNSECURED | NOT FILED | .00 | .00 |
| CLERK OF 18TH JUDICIAL C | UNSECURED | NOT FILED | .00 | .00 |
| CLERK OF 18TH JUDICIAL C | UNSECURED | NOT FILED | .00 | .00 |
| CLERK OF 18TH JUDICIAL C | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CLERK OF 18TH JUDICIAL C | UNSECURED | NOT FILED | .00 | .00 |
| GLENDALE HEIGHTS POLICE | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| HELLER & FRISONE | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 514.17 | .00 | .00 |

```
SECRETARY OF STATE         UNSECURED     NOT FILED              .00          .00
SECRETARY OF STATE         UNSECURED     NOT FILED              .00          .00
TAYLOR RENTAL CENTER       UNSECURED      1160.03               .00          .00
V&D TRUCK REPAIR           UNSECURED      1757.00               .00          .00
VILLAGE OF GLENDALE HEIG   UNSECURED     NOT FILED              .00          .00
     Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED       PRIORITY     UNSECURED        OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   4532.00          .00      11272.25          .00     15804.25
PRINCIPAL PAID       4480.44          .00           .00          .00      4480.44
INTEREST PAID            .00          .00           .00          .00           .00
TOTAL PAID           4480.44          .00           .00          .00      4480.44
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $    2500.00
and was paid $    500.00  direct and $    688.20  through the plan.

The Trustee received $    261.36 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/16/09               /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 12446 GIOVANNI CANALE & LORETTA CANALE